**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Michelle Lynne Knight, Aaron Holtan, and James DeJesus, Defendants,

Of Whom Michelle Lynne Knight is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2022-001818

---

Appeal From Lexington County
Robert E. Newton, Family Court Judge

---

Unpublished Opinion No. 2023-UP-308
Submitted August 21, 2023 – Filed September 5, 2023

---

**AFFIRMED**

---

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Kathryn J. Walsh, of the South Carolina Department of Social Services, of Spartanburg, for Respondent.

Brett Lamb Stevens, of Stevens Law, LLC, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Michelle Lynne Knight appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Knight's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.